1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

9  UNITED STATES OF AMERICA,                NO. MJ10-255

10                Plaintiff,

11         v.                                DETENTION ORDER

12  RODRIGO MOURA,

13                Defendant.

14

15  Offenses charged:

16     Count 1:   Conspiracy to Commit Unlawful Production of Identification
17                Documents, in violation of 18 U.S.C. §§ 371 and 2

18     Count 2:   Unlawful Production of an Identification of Document, in violation of
                  18 U.S.C. §§ 1028(a)(1), 1028(b)(1)(ii) and 2
19

Date of Detention Hearing: June 22, 2010

20
        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
21
based upon the factual findings and statement of reasons for detention hereafter set forth, finds:
22
        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION
23
    1.    Defendant is a citizen of Brazil with family ties in Brazil.
24
    2.    Defendant has, according to the complaint, demonstrated a facility of using and
25
          creating false identity documents.
26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

3. Defendant has on-going substance abuse problems.

4. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of June, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2